REUBEN N. SOLLENBERGER *v.* RACHEL M.
SOLLENBERGER.

[No. 33, January Term, 1933.]

*Decided March 21st, 1933.*

The cause was argued before BOND, C. J., PATTISON, URNER, ADKINS, OFFUTT, DIGGES, PARKE, and SLOAN, JJ.

*D. Angle Wolfinger,* for the appellant.

*Grace R. Gerber Silverberg,* for the appellee.

BOND, C. J., delivered the opinion of the Court.